IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KATHERINE E. GILBERT, and ) <br> CHECKS AND BALANCES, INC., ) <br> ) <br> Defendants. ) | Case No. 1:18-cv-02695 <br><br> Judge Franklin U. Valderrama <br><br> Magistrate Judge M. David Weisman |

**JOINT MOTION TO ENTER STIPULATED ORDER OF INJUNCTION**

Plaintiff the United States of America and Defendants Katherine E. Gilbert and Checks and Balances, Inc. jointly move for entry of a stipulated order of injunction substantially in the form of that sent by email (both in Microsoft Word format and as a PDF document reflecting execution by the parties) to Proposed_Order_Valderrama@ilnd.uscourts.gov. The parties agree that entry of the order will constitute a final judgment in this case.

| *Counsel for Plaintiff the United States of America* | *Counsel for Defendants Katherine E. Gilbert and Checks and Balances, Inc.* |
|---|---|
| DAVID A. HUBBERT <br> Deputy Assistant Attorney General <br> Tax Division, U.S. Department of Justice <br><br> /s/ *Mary A. Stallings* <br> MARY A. STALLINGS <br> ANDERSON P. HESTON <br> Trial Attorneys <br> Tax Division, Department of Justice <br> P.O. Box 55 <br> Washington, D.C. 20044 <br> (202) 616-2604 (MAS) <br> (202) 307-6010 (APH) <br> (202) 514-5238 (fax) <br> Mary.A.Stallings@usdoj.gov <br> Anderson.P.Heston@usdoj.gov | /s/ [signature] <br> STEPHEN BOULTON <br> Anthony J. Peraica & Associates, Ltd. <br> 5130 S. Archer Avenue <br> Chicago, Illinois 60632 <br> (773) 735-1700 <br> sboulton@peraica.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Mary A. Stallings*
Mary A. Stallings
Trial Attorney, Tax Division
U.S. Department of Justice
